**Otto L. HANKISON, Appellant, v. UNITED STATES of America, Appellee.**

No. 10190.

Circuit Court of Appeals, Sixth Circuit.

April 11, 1946.

Wilbur E. Benoy, of Columbus, Ohio, and William E. Orthwein, of Toledo, Ohio, for appellant.

Don C. Miller, U. S. Atty., of Cleveland, Ohio, Gerald P. Openlander, Asst. U. S. Atty., of Toledo, Ohio, and Samuel O. Clark, Jr., of Washington, D. C., for appellee.

Before HICKS, ALLEN, and MILLER, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, briefs and arguments of counsel; on consideration whereof, the order appealed from on November 19, 1945, is in all things affirmed, upon the grounds and for the reasons set out in the Memorandum Opinion of the District Judge filed August 17, 1945, and the Findings of Fact and Conclusions of Law filed October 9, 1945.

---

**Martha HAGER, Appellant, v. PACIFIC GREYHOUND LINES, Inc., a Corporation, Appellee.**

No. 11229.

Circuit Court of Appeals, Ninth Circuit.

March 26, 1946.

William P. Lord and Ben Anderson, both of Portland, Ore., for appellant.

Cooley, Crowley & Supple, of San Francisco, Cal., for appellee.

Before GARRECHT, HEALY, and BONE, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of appellant, and good cause therefor appearing, it is ordered that the appeal in this cause be dismissed, without costs to any party, that a judgment be filed and entered accordingly and that the mandate of this court in this cause issue forthwith.